# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIANO CADENA, <br> Petitioner, <br> v. <br> M. MARTEL, <br> Respondent. | Case No. SA CV 10-0472 DSF (JCG) <br><br> ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED |

On April 15, 2010, petitioner Feliciano Cadena ("Petitioner"), a California prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus ("Petition") by a Person in State Custody pursuant to 28 U.S.C. § 2254. On May 17, 2010, this matter was reassigned to the undersigned judicial officer. On May 28, 2010, the Court *sua sponte* screened the Petition, and found that Petitioner had failed to name the correct respondent in his Petition. (May 28, 2010 Ord. at 3.) Accordingly, the Court dismissed the Petition, but granted Petitioner leave to amend, including with specific guidance and instructions on the filing of a first amended petition, if any. (*Id.*)

Petitioner was granted up to and including June 24, 2010 to file a first amended petition. (May 28, 2010 Ord. at 3.) As of today's date, over two and a half weeks later, Petitioner still has not filed a first amended petition.

1  Accordingly, within **thirty (30)** days of the date of this Order, Petitioner is
2  **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed
3  for failure to prosecute and/or comply with a court order. Petitioner is cautioned that
4  his failure to timely file a response to this Order to Show Cause will be deemed by the
5  Court as consent to the dismissal of this action without prejudice.

7  DATED: July 12, 2010

_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE