# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIANO CADENA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRENDA CASH, Warden,<br><br>　　　　Respondent. | Case No. SA CV 10-0472 DSF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 6/27/11

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1